191 So.2d 642

Frank GAMBINO

v.

William LUBEL et al.

No. 48448.

Nov. 18, 1966.

In re: William Lubel and Maryland Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 190 So.2d 152.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.